**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Palmaz Scientific Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 6 – 1 9 5 7 8 7 7 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **18618 Tuscany Stone Drive, Suite 100**<br>Number   Street | **18618 Tuscany Stone Drive, Suite 100**<br>Number   Street |
| | P.O. Box |
| **San Antonio**   **TX**   **78258**<br>City        State    ZIP Code | **San Antonio**   **TX**   **78258**<br>City        State    ZIP Code |
| **Bexar**<br>County | Location of principal assets, if different from principal place of business<br><br>**3065 Skyway Court**<br>Number   Street<br><br>**Fremont**   **CA**   **94539**<br>City        State    ZIP Code |

5. Debtor's website (URL)   www.palmazscientific.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor **Palmaz Scientific Inc.** _____ Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

   __5__ __4__ __1__ __7__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
     MM / DD / YYYY
     District _____ When _____ Case number _____
     MM / DD / YYYY
     District _____ When _____ Case number _____
     MM / DD / YYYY

Debtor **Palmaz Scientific Inc.**                                       Case number (if known) _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.

    | Debtor **Advanced Bio Prosthetic Surfaces, Ltd.** | Relationship **Affiliate** |
    |---|---|
    | District **Western District of Texas** | When **03/04/2016** MM / DD / YYYY |
    | Case number, if known _____ | |

    | Debtor **ABPS Venture One, Ltd.** | Relationship **Affiliate** |
    |---|---|
    | District **Western District of Texas** | When **03/04/2016** MM / DD / YYYY |
    | Case number, if known _____ | |

11. Why is the case filed in this district?

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☐ No
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☑ Other **Specialized scientific equip-must be maintained or value will decline.**

    Where is the property?  **3065 Skyway Court**
    Number    Street

    **Fremont**                              **CA**    **94539**
    City                                     State    ZIP Code

    Is the property insured?

    ☐ No
    ☑ Yes.  Insurance agency  **Chubb (Federal Insurance Company)**
               Contact name  _____
               Phone  **1-800-252-4670**

### Statistical and adminstrative information

13. Debtor's estimation of available funds

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor **Palmaz Scientific Inc.** Case number (if known) _____

14. Estimated number of creditors
    - ☐ 1-49
    - ☑ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. Estimated assets
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☑ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. Estimated liabilities
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☑ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

## Part X: Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **03/04/2016**
    MM / DD / YYYY

    X _[signature]_     **Eugene Sprague**
    Signature of authorized representative of debtor    Printed name

    Title **Director**

18. Signature of attorney

    X _[signature]_     Date **03/04/2016**
    Signature of Attorney for Debtor    MM / DD / YYYY

    **Michael M. Parker**
    Printed name

    **Norton Rose Fulbright US LLP**
    Firm Name

    **300 Convent Street, Suite 2100**
    Number    Street

    **San Antonio**     **TX**     **78205**
    City    State    ZIP Code

    Contact phone **(210) 224-5575**    Email address **michael.parker@nortonrosefulbright**

    **00788163**    **TX**
    Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4



Voluntary Petition for Non-Individuals Filing for Bankruptcy — page 5

Debtor Palmaz Scientific Inc.     Case number (if known)_____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br>continued | Debtor ABPS Management, LLC<br>District Western District of Texas<br>Case number, if known _____ | Relationship Affiliate<br>When 03/04/2016 |
|---|---|---|---|

# UNANIMOUS CONSENT OF THE DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS OF PALMAZ SCIENTIFIC INC.

DATE: MARCH 4, 2016

The undersigned being the sole director of PALMAZ SCIENTIFIC INC., a Delaware corporation (the "**Company**") does, by this writing, unanimously consent to take the following actions and adopt the following resolutions, which said resolutions shall have the same force and effect as if adopted and acted upon at a formal meeting of the Board of Directors:

This action by Unanimous Written Consent of Directors may be executed in a number of identical counterparts, each of which, for all purposes, will be deemed an original, and all of which collectively will constitute one document; and a facsimile, electronic submission (PDF format) or photocopy of an executed counterpart of this action by Unanimous Written Consent of Directors shall be sufficient execution by the person or persons whose signatures appear thereon.

WHEREAS, the Board of Directors ("**Board**") has had the opportunity to fully consider the financial situation of the Company and the alternatives available to the Company; and

WHEREAS, in the business judgment of the Board, it is in the best interests of the Company, its creditors, and other parties in interest that a petition be filed on behalf of the Company seeking relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

NOW, THEREFORE, it is:

RESOLVED, that the Company be, and it is hereby authorized to, execute and file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "**Bankruptcy Case**") or such other venue as the Board may designate;

RESOLVED, that the following person be designated as Designated Officer of the Company for the purposes of prosecuting the Bankruptcy Case on behalf of the Company: Dr. Eugene Sprague;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to execute and file on behalf of the Company a Petition For Relief under Chapter 11 of Title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Company, to employ, and pay any appropriate retainers or compensation to, the law firm of Norton Rose Fulbright US LLP to represent the Company as legal counsel to the debtor-in-possession in the prosecution of the Bankruptcy Case, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that with respect to any ongoing pending litigation in which the Company is a party, the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Company, to employ, and pay any appropriate retainers or compensation to, the legal counsel currently representing the Company as legal counsel in such ongoing pending litigation, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Company, to employ, and pay any appropriate retainers or compensation to, any other professionals, including attorneys Kreager Mitchell, Andy Taylor & Associates, Haynes & Boone, accountants Groff & Rothe, noticing agent Upshot Services LLC, brokers, financial advisors, and investment bankers (Gerbsman Partners), to represent the Company as debtor-in-possession to assist in the business and administration of the Company in the prosecution of the Bankruptcy Case, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, the Company, as debtor-in-possession in the Bankruptcy Case, is hereby authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by a Designated Officer, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the business and administration of the Company, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, the Company, as debtor-in-possession in the Bankruptcy Case, is hereby authorized to enter into secured facilities, including post-petition debtor in possession financing, in such amounts and on such terms as may be agreed by a Designated Officer, including the granting of liens and other consideration, as is reasonably necessary for the continuing conduct of the business and administration of the Company, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to market the assets of the Company for the possible sale of the Company's assets in connection with the Bankruptcy Case, provided that any decision on the sale of such assets is reserved to the Board or such independent director as the Board shall designate and authorize and subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to formulate a Chapter 11 plan of reorganization for the Company in connection with the Bankruptcy Case, or, alternatively, to seek dismissal of the Bankruptcy Case or conversion of the Bankruptcy Case to a case under Chapter 7, provided that any decision on approval of such plan, dismissal, or conversion is reserved to the Board or such independent director as the Board shall designate and authorize and subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that Designated Officer is hereby authorized, directed, and empowered to take all other actions, and to execute and file such documents (including, without limitation, schedules, lists, motions, and adversary proceedings) on behalf of the Company as may be

-3-

reasonably necessary or appropriate for the prosecution of the Bankruptcy Case, subject to any necessary approvals by the Board or the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Company, in whatever management capacity it holds, consents to do all acts necessary or convenient to file chapter 11 bankruptcy cases in the United States Bankruptcy Court for the Western District of Texas for (a) Palmaz Scientific Inc., (b) ABPS Management, L.L.C. (c) Advanced Bio Prosthetic Surfaces, Ltd., and (d) ABPS Venture One, Ltd., as described in these companies' respective consents of even date herewith.

This consent is executed pursuant to 8 Del. C. § 141(f), which authorize the taking of action by the board of directors by unanimous consent without a meeting.

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent of Directors as of March 4, 2016.

Dr. Eugene Sprague, Director

49662186.5                                       -3-

**Fill in this information to identify the case:**

Debtor name: Palmaz Scientific Inc.

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Treasury Safekeeping Trust Company Emerging Technology Fund Award Program Attn: Jyoti Gupta, | | Grant with conditions | Contingent Disputed | 3,000,000.00 | $0.00 | $3,000,000.00 |
| 2 | Steven Solomon 4405 Belclaire Dallas, TX 75205 | | Compensation | | | | $1,078,395.00 |
| 3 | Christopher Boyle c/o David Dunham 301 Congress Avenue, Suite 1050 Austin, TX 78701 | | Settlement Agreement | | | | $990,000.00 |
| 4 | Rosenbaum IP, P.C. 1480 Techoy Road Northbrook, IL 60062 | | Professional Fees | Disputed | | | $628,552.00 |
| 5 | Asel & Associates Attn: John Asel 18618 Tuscany Stone Drive, Suite 100 San Antonio, TX 78258 | | Professional Fees | | | | $350,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Elder Bray & Bankler, PC Attn: John Bray 755 E. Mulberry, Suite 200 San Antonio, TX 78212 | | Professional Fees | | | | $194,660.52 |
| 7 | Pinnacle Technical Resources, Inc. 5501 Lyndon B Johnson Fwy #600 Dallas, TX 75240 | | Trade Creditor | | | | $143,160.00 |
| 8 | Davis & Santos Attn: Jason Davis 112 E. Pecan Street, Suite 900 San Antonio, TX 78205 | | Professional Fees | | | | $134,246.72 |
| 9 | Thompson & Knight LLP Attn: Nicole Williams One Arts Plaza 1722 Routh Street #1500 Dallas, TX 75201 | | Professional Fees | | | | $124,216.00 |
| 10 | Leigh Rinearson 3109 Kuox Street, Suite 615 Dallas, TX 75205 | | Unsecured Loan | | | | $100,000.00 |
| 11 | Synergistix 4749 Mallard Common Fremont, CA 94555 | | Trade Creditor | Disputed | | | $51,500.00 |
| 12 | Bank Direct Capital Finance LLC PO Box 660448 Dallas, TX 75266 | | Insurance | | | | $44,369.08 |
| 13 | David Xu 10037 El Dorado Dr. San Ramon, CA 94583 | | Payroll | | | | $21,427.99 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor **Palmaz Scientific Inc.**
      Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Chansu Consulting, LLC<br>411 Palmer<br>Aptos, CA 95003 | | Creditor | | | | $18,539.84 |
| 15 | Miguel Marquez<br>366 San Petra Ct #4<br>Milpitas, CA 95035 | | Wages | | | | $16,083.96 |
| 16 | Silvio Ouchi<br>8170 Mountain View Dr Apt C<br>Pleasanton, CA 94588 | | Wages | | | | $11,825.13 |
| 17 | Efrain Velazquez<br>330 Elan Village Lane # 335<br>San Jose, CA 95134 | | Wages | | | | $11,201.42 |
| 18 | Dublin & Associates, Inc.<br>3015 San Pedro<br>San Antonio, TX 78212 | | Professional Fees | | | | $10,000.00 |
| 19 | Edward Cydzik<br>343 Bluefish Ct.<br>Foster City, CA 94404 | | Payroll | | | | $9,769.76 |
| 20 | Advanced Chemical Transport Inc.<br>1210 Elko Drive<br>Sunnyvale, CA 94089 | | Trade Creditor | | | | $9,408.47 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re **Palmaz Scientific Inc.**　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................... **$150,000.00**
   Prior to the filing of this statement I have received...................................... **$150,000.00**
   Balance Due.................................................................................................... **$0.00**

2. The source of the compensation paid to me was:
   ☒ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor　　　　☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/04/2016 | /s/ Michael M. Parker | Bar No. 00788163 |
| Date | Michael M. Parker | |

Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205
Phone: (210) 224-5575 / Fax: (210) 270-7205

/s/ Eugene Sprague
Eugene Sprague
Director

