IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| | § | CASE NO. 16-50552 |
| **PALMAZ SCIENTIFIC INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| **In re:** | § | |
| | § | CASE NO. 16-50555 |
| **ADVANCED BIO PROSTHETIC** | § | |
| **SURFACES, LTD.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| **In re:** | § | |
| | § | CASE NO. 16-16-50556 |
| **ABPS MANAGEMENT, LLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| **In re:** | § | |
| | § | CASE NO. 16-50554 |
| **ABPS VENTURE ONE, LTD.,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING ON DEBTORS' FIRST DAY MOTIONS**

Now come debtors Palmaz Scientific Inc. ("**PSI**"), Advanced Bio Prosthetic Surfaces, Ltd. ("**ABPS**"), ABPS Venture One, Ltd. ("**Venture**"), and ABPS Management, L.L.C. ("**Management**" and together the "**Debtors**") and state:

PLEASE TAKE NOTICE that a hearing will be conducted on March 8, 2016 at 10:30 a.m. in the United States Courthouse, 615 E. Houston Street, Courtroom 3, San Antonio, Texas 78205, to consider the following:

| First Day Motion |
|---|
| Debtor-In-Possession's Expedited Application For Entry Of An Order Authorizing Employment Of Norton Rose Fulbright US LLP As Counsel (Nunc Pro Tunc As Of The |

27034407.1 - 1 -

| |
|---|
| Petition Date) ("**Norton Rose Application**") |
| Debtor's Emergency Ex Parte Interim Application To Employ Accountants Groff & Rothe and Jennifer L. Rothe, C.P.A. ("**Groff & Rothe Application**") |
| Emergency Ex Parte Interim Application To Employ Noticing Agent UpShot Services LLC Nunc Pro Tunc ("**UpShot Application**") |
| Debtor's Emergency Motion Regarding Maintenance Of Bank Accounts And Existing Cash Management ("**Bank Accounts Motion**") |
| Debtor's Emergency Motion For Order (I) Allowing Certain Employees' Prepetition Priority Claims Pursuant To 11 U.S.C. § 507(A) For Certain Benefits Accrued Prepetition; (II) Authorizing The Debtor To (A) Maintain And Honor Its Employee Compensation Obligations And (B) Pay Employees' Priority Claims; And (III) Compelling Certain Financial Institutions To Honor Prepetition Transfers ("**Employee Motion**") |
| Debtor's Emergency Motion To Establish Interim Notice Procedures ("**Notice Procedures Motion**") |
| Debtor's Emergency Motion Pursuant To 11 U.S.C. § 366, For Entry Of Interim Order (A) Determining Adequate Assurance Of Payment For Future Utility Services And (B) Restraining Utility Companies From Discontinuing, Altering, Or Refusing Service ("**Utility Motion**") |
| Debtor's Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs ("**Schedules Motion**") |
| Debtor's Emergency Motion For Interim Approval Of Post-Petition Secured And Super Priority Financing Pursuant To Section 364(c) Of The Bankruptcy Code ("**Financing Motion**") |
| Motion for Joint Administration |

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). In order to ensure the ability to participate telephonically, CourtCall must receive any request no later than the business day prior to the hearing.

- 3 -

Dated: March 4, 2016        Respectfully submitted,

                                       **NORTON ROSE FULBRIGHT US LLP**

                                       By *s/Michael M. Parker*
                                       Michael M. Parker
                                       Bar No. 00788163
                                       michael.parker@nortonrosefulbright.com
                                       Steve A. Peirce
                                       Bar No. 15731200
                                       steve.peirce@nortonrosefulbright.com

                                       300 Convent Street, Suite 2100
                                       San Antonio, TX 78205-3792
                                       Telephone: (210) 224-5575
                                       Facsimile: (210) 270-7205

                                       **PROPOSED COUNSEL FOR DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that contemporaneously with the filing of the foregoing, I directed noticing agent UpShot Services, LLC to serve a copy of the foregoing on parties in interest in this case. Debtor will supplement this certificate of service with a copy of such service list.

                                                           */s/Michael M. Parker*

27034407.1